UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:23-CV-00108-GNS

JESSE L. CHAPMAN and
LAURA CHAPMAN, HIS WIFE

                                                               PLAINTIFF

V.                  **AGREED ORDER OF DISMISSAL**

LOGAN COUNTY SHERIFF'S DEPARTMENT, et al.                DEFENDANTS

      This matter having come before the Court on the agreement of the parties, as is evidenced by the below signatures, and the Court being otherwise sufficiently advised;

      IT IS HEREBY ORDERED that any and all claims asserted by the Plaintiffs herein, and all claims that could have been asserted, are hereby DISMISSED WITH PREJUDICE, with the parties to bear their own costs.

                                                                           Greg N. Stivers, Chief Judge
                                                                           United States District Court

                                                                             January 3, 2024

/s/ Aaron D. Smith
Aaron D. Smith
*Attorney for Defendants*


/s/ B. Alan Simpson *w/permission*
B. Alan Simpson
*Attorney for Plaintiffs*